*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

# DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 23-BG-0479**

IN RE DAVID T. SCHLENDORF

**DDN:**045-23

A Suspended Member of the Bar of the
District of Columbia Court of Appeals

**Bar Reg. No. 463998**

BEFORE: McLeese and Deahl, Associate Judges, and Washington, Senior Judge.

## O R D E R
(FILED— August 17, 2023)

On consideration of the certified order from the state of New Jersey permanently disbarring respondent by consent; this court's June 16, 2023, order suspending respondent pending disposition of this matter and directing him to show cause why reciprocal discipline should not be imposed; and the statement of Disciplinary Counsel; and it appearing that respondent has not filed a response or his D.C. Bar R. XI, § 14(g) affidavit, it is

ORDERED that David T. Schlendorf is hereby disbarred from the practice of law in the District of Columbia. *See In re Sibley*, 990 A.2d 483, 487-88 (D.C. 2010) (explaining that there is a rebuttable presumption in favor of imposition of identical discipline and exceptions to this presumption should be rare); *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (explaining that a rebuttable presumption of identical reciprocal discipline applies unless one of the exceptions is established). It is

FURTHER ORDERED that, for purposes of reinstatement, Mr. Schlendorf's disbarment will not begin to run until such time as he files an affidavit that fully complies with the requirements of D.C. Bar R. XI, § 14(g).

**PER CURIAM**